# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2483
L.T. Case No. 2022-CA-000008

———————————————

AIKO TAYLOR,

    Appellant,

    v.

JEFFREY H. BOTHEN, CAROL
JAKOBS a/k/a CAROL JACOBS, and
ROBERT JAKOBS a/k/a BOB
JACOBS,

    Appellees.

———————————————

On appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

Aiko Taylor, Honolulu, HI, pro se.

No Appearance for Appellees.

November 10, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____